IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                Plaintiff,            ) | |
| v.            ) | Civil No. 1:10-cv-00094-JD |
| FAITH A. BARTLETT, individually and            ) | |
| d/b/a Atlantic Bookkeeping & Tax Services            ) | |
| and Newbury Business Services, Inc.,            ) | |
|                Defendant.            ) | |

## ORDER OF PERMANENT INJUNCTION

Upon consideration of the Stipulation for Entry of an Order of Permanent Injunction entered between the United States of America and Faith Bartlett filed with the Court on March 17, 2010, (Docket Entry No. 3):

**IT IS HEREBY ORDERED** that pursuant to 26 U.S.C. §§ 7402, 7407, and 7408, defendant and her representatives, agents, servants, employees, and anyone in concert or participation with defendant, are **PERMANENTLY ENJOINED**, individually and through any entity, either directly or indirectly from:

    a.    Preparing or assisting in the preparation of any federal tax return for anyone other than herself;

    b.    Advising, counseling, or instructing anyone about the preparation of a federal tax return;

    c.    Filing or assisting in the filing of a federal income tax return for anyone other than herself;

  d.  Owning, managing, controlling, working for, or volunteering for a tax-return-preparation business;

  e.  Representing customers in connection with any matter before the IRS; and/or

  f.  Engaging in other similar conduct that substantially interferes with the administration and enforcement of the internal revenue laws.

**IT IS FURTHER ORDERED** that defendant shall produce to counsel for the government within eleven (11) days of the date of this Order a list of everyone for whom she has prepared (or helped to prepare) a federal tax return since January 1, 2007, and set forth on said list their names, addresses, telephone numbers and social security numbers or tax identification numbers.

**IT IS FURTHER ORDERED** that defendant shall mail a copy of this Order to all persons or entities for whom she has prepared federal tax returns, amended returns, or other federal tax documents or forms since January 1, 2007.  Defendant must mail the copies within thirty (30) days of the date of this Order and must file with the Court a sworn certificate stating that she has complied with this requirement.  This mailing shall include a cover letter in a form either agreed to by counsel for the government or approved by the Court, and shall not include any other documents or enclosures.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce this injunction and the government may engage in post-judgment discovery to monitor defendant's compliance with this injunction.

**SO ORDERED.**

DATED THIS 24 DAY OF MARCH, 2010

/s/ Joseph A. DiClerico, Jr.
_____
**JOSEPH A. DICLERICO, JR.**
**UNITED STATES DISTRICT JUDGE**